AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JAN 2 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>**GREGORY GRANGER**<br>**4538 N. ROGERS AVENUE**<br>**BALTIMORE, MARYLAND 21215**<br>DOB: 04/XX/1984<br>*Defendant(s)* | Case No. **13-0135SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 13, 2012__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 841(a)(1) | Possession of CDS with the Intent to Distribute |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Marjorie Noel, Special Agent - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/24/2013

_____
Judge's signature

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*



**13-0135SAG**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marjorie Noel, being duly sworn, do hereby solemnly swear and affirm:

1. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, Baltimore, Maryland as a Special Agent and have been employed with the Bureau since August 2000. Since this time, I have completed the Criminal Investigator Training Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives New Agent Training at the Federal Law Enforcement Training Center, located in Glynco, Georgia. I am specifically a member of the Baltimore Field Division's High Intensity Drug Trafficking Area (HIDTA) Group. In this role, I am responsible for conducting criminal investigations concerning alleged violations of the Federal firearms laws, to include matters involving the illegal possession of firearms and ammunition by prohibited persons, persons trafficking firearms and narcotics, as well as individuals that traffic firearms to individuals who cannot possess such firearms. I have conducted and participated in numerous criminal investigations, as well as search and seizure warrants for the illegal possession of firearms and ammunition by convicted felons in Baltimore, Maryland.

2. This affidavit is in support of a Complaint against Gregory Granger (*hereinafter* GRANGER). This affidavit is based upon my conversations with other law enforcement officers and other individuals and my review of relevant documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of this investigation. Where the contents of documents, and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on interviews with law enforcement officers of the Baltimore Police Department (*hereinafter* BPD), as well as a review of records maintained by this agency, I have learned the following:

> On November 13, 2012, at approximately 9:30 PM Detectives Ward and Goodwin were patrolling in the area of 1100 West Saratoga Street in Baltimore, Maryland. While in the area Ward observed two males, one later identified as GRANGER, on the corner at that location.
>
> As Ward watched, the second subject approached GRANGER and engaged in conversation, before handing him an unknown amount of U.S. currency. GRANGER then reached into his pocket and handed an unknown object, believed to be a controlled substance, to the second subject.
>
> Believing this to be a narcotics transaction, the detectives pulled their unmarked vehicle to that location and began to exit. At that time, GRANGER grabbed his waist area and then took off running. Goodwin began to pursue GRANGER. As they ran, GRANGER continued to hold his waist area. Based on his training and experience, Goodwin believed GRANGER was armed.



As GRANGER ran, Ward re-entered his vehicle and responded to the 1100 block of Sarah Anne Street to cut off the path of flight. While running less than 10 feet behind him, Goodwin observed GRANGER throw a shiny object in a nearby yard. The object made a blunt sound when it struck the ground.

GRANGER was subsequently apprehended and Goodwin returned to the area where the object was thrown. Recovered from that location was a silver and black Ruger P89 handgun loaded with 9 rounds (1 in the chamber). The handgun was in the rear yard of 309 N. Carrollton Avenue near a fence.

A search incident to arrest of GRANGER'S person revealed that he was in possession of a white top jug containing suspected cocaine. This was recovered from his right front coat pocket.

Granger was transported to the Western District Station. All evidence seized was submitted to the BPD Evidence Control Unit. On December 6, 2012, the BPD Crime Laboratory Section conducted an examination of the white top jug containing suspected cocaine and determined it was in fact 3.10 grams of cocaine, a controlled dangerous substance.

4    Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 13, 2012, in the District of Maryland, GREGORY GRANGER, the defendant, did knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, in violation 21 U.S.C. § 841(a)(1).

MARJORIE NOEL
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Sworn to before me this
24th day of JANUARY, 2013.

HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND

2