**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962   FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA                                                                                           JOSEPH A. BALTER
FEDERAL PUBLIC DEFENDER                                                     DEPUTY FEDERAL PUBLIC DEFENDER

September 10, 2013

The Honorable Stephanie A. Gallagher
United States District Court
   for the District of Maryland
101 West Lombard Street
Chambers 8C
Baltimore, Maryland 21201

      Re:   *United States v. Gregory Granger*
             Case No.: 13-135SAG

Dear Judge Gallagher:

The case of Gregory Granger is scheduled for a guilty plea and sentencing on September 13, 2013. Mr. Granger will plead guilty to an information charging him with possession of cocaine in violation of 21 U.S.C. § 844.

The plea agreement provides, pursuant to Rule 11(c)(1)(C), for a sentence of "time served" (10 months from the date of arrest on November 13, 2012). At the time of sentencing counsel will recommend that the Court accept the plea agreement and impose the sentence agreed upon by the parties.

Thank you for your consideration of this matter.

                                          Very truly yours,

                                          /S/

                                          Joseph A. Balter
                                          Deputy Federal Public Defender

JAB/kdw

cc:   Scott Lemon, Assistant United States Attorney