IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. SAG-13-135** |
| **GREGORY GRANGER** | * | |
| **Defendant.** | * | |

...oOo...

**MOTION TO DISMISS CRIMINAL COMPLAINT**

Because the Defendant has pleaded guilty to a Criminal Information filed under case number SAG-13-387, the United States of America, by its undersigned counsel, hereby moves to dismiss the related Criminal Complaint that was filed in criminal case number SAG-13-135. The Defendant does not oppose this request.   In support of this Motion, the Government states as follows:

1.	On January 24, 2013, a Criminal Complaint and Arrest Warrant were issued against the Defendant in case number SAG-13-135.   The Complaint charged the Defendant with Possession of a Controlled Substance with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1). *See* ECF 1.

2.	On July 30, 2013, the Government filed a Criminal Information charging the Defendant with Possession of Cocaine in violation of 21 U.S.C. § 844(a) in case number SAG-13-387. *See* ECF 22.

3.	On September 13, 2013, the Defendant pleaded guilty to Count One of the Criminal Information filed under case number SAG-13-387. *See* ECF 25, 28.

WHEREFORE, the Government respectfully requests that the Court enter an order dismissing the Criminal Complaint entered against the Defendant in criminal case number SAG-13-135 at ECF 1.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

        By:    */s/ Scott A. Lemmon*
        Scott A. Lemmon
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of October, 2013, a copy of the foregoing Motion to Dismiss Criminal Complaint was electronically filed with the Clerk of the District Court and by that means served upon counsel for the defendant.

                                                  */s/ Scott A. Lemmon*
                                                  Scott A. Lemmon
                                                  Assistant United States Attorney